appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Greco, Appellant.

Submitted June 11, 1973. *Abraham T. Needleman, Dennis H. Eisman, Joel D. Caney, Gerald A. Stein,* and *Needleman, Needleman, Tabb & Eisman,* for appellant; *Bernard A. Moore* and *Stewart J. Greenleaf,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction and sentence on the charge of receiving stolen goods affirmed. Remanded for resentence on the conviction for possession of marijuana under The Controlled Substance, Drug, Device and Cosmetic Act of 1972 (35 P.S. §§780-101, 113). *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

## Commonwealth *v.* Hillman, Appellant.

Argued June 12, 1973. *Kenneth Mirsky,* Assistant Defender, with him

*Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hillman, Appellant.

Argued June 12, 1973. *Kenneth Mirsky,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Argued April 9, 1973. *A. Dudash,* with him *Anthony J. Lalama* and *John Hudascek,* for appellant; *W. Lipecky,* with him *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.